**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| FREEDOM OF THE PRESS FOUNDATION, | ) ) ) | |
| *Plaintiff,* | ) ) ) ) | |
| v. | ) ) | Case No. 25-cv-2432-RBW |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| *Defendant.* | ) ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Following the completed briefing of Defendant's Motion to Strike, ECF No. 9, another court in this district denied a similar motion filed by the same defendant in another case brought by American Oversight. *See* Order, *Am. Oversight v. U.S. Dep't of Just.*, No. 25-cv-3200-JEB (D.D.C. Jan. 21, 2026), attached as Ex. 1.

That case involves Freedom of Information Act ("FOIA") requests filed by American Oversight seeking records related to the training and instructions provided to Department of Justice and Federal Bureau of Investigation personnel tasked with reviewing the investigative holdings regarding Jeffrey Epstein. In denying the government's motion to strike in that case, the court highlighted that motions to strike "are generally disfavored" and noted that the challenged paragraphs "take up only four pages and largely quote administration officials." *Id.* at 1. Thus, the court concluded, the challenged allegations "are hardly scandalous or prejudicial, and to the extent the paragraphs are not strictly relevant to the Complaint – a point Plaintiff contests – the Court believes that judicial efficiency is far better served by not requiring Plaintiff to amend." *Id.* The

court accordingly denied Defendants' motion and allowed them ten days to respond to the complaint. *See id.* at 2.

Dated: January 29, 2026

Respectfully submitted,

*/s/ Loree Stark*
Loree Stark
D.C. Bar No. 90021926
Jessica Jensen
D.C. Bar No. 1048305
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
loree.stark@americanoversight.org

*Counsel for Plaintiff Freedom of the Press Foundation*