UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREEDOM OF THE PRESS FOUNDATION,

Plaintiff,

v.

DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 25-2432 (RBW)

## DEFENDANT'S RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant, the Department of Justice (the "Department"), responds as follows to Plaintiff's

Notice of Supplemental Authority (ECF No. 12).

That notice references an order denying a motion to strike filed by the Department in a

different Freedom of Information Act ("FOIA") case, *American Oversight v. Department of

Justice*, Civ. Act. No. 25-3200 (JEB).  But as Plaintiff's own description of that case reflects, it

involves a different FOIA request and different allegations than those at issue here.  At issue here

is a straightforward claim under FOIA—that Defendant's search for the single record at issue was

inadequate (because it had in Plaintiff's view taken too long to conduct) and that Defendant was

wrongly withholding the requested record (because Plaintiff had not received a determination on

the request at the time the Complaint was filed).  *See* Compl. (ECF No. 1) ¶¶ 24, 28–39.

Assessing a motion to strike necessarily depends on the nature of the allegations at issue

and the claims asserted.  Here, Plaintiff littered its complaint with "immaterial, impertinent, [and]

scandalous" allegations of questionable or improper conduct, *id*. ¶¶ 2-13, that are irrelevant to its

narrow FOIA claim, warranting the striking of those allegations or the pleading itself.  *See

generally* Mot. to Strike (ECF No. 9); Reply (ECF No. 11).  That conclusion is not impacted by

1

*American Oversight*, which was addressed to different allegations and claims, and where the Court considered the asserted immateriality of the allegations to be contested (here, in contrast, Plaintiff has not meaningfully done so as established by the Department's motion and reply).

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

PETER C. PFAFFENROTH, D.C. BAR #496637
Chief, Civil Division

By:	*/s/ Jeremy S. Simon*
     JEREMY S. SIMON, D.C. BAR #447956
     Assistant United States Attorney
     601 D. Street, N.W.
     Washington, D.C. 20530
     (202) 252-2528
     Jeremy.Simon@usdoj.gov

*Attorneys for the United States of America*