**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION, | |
| Plaintiff, | |
| v. | Case No. 25-cv-2432 (RBW) |
| U.S. DEPARTMENT OF JUSTICE, | |
| Defendant. | |

**<u>NOTICE OF WITHDRAWAL OF ATTORNEY JESSICA JENSEN</u>**

Jessica Jensen respectfully withdraws her appearance for Plaintiff in this matter. Plaintiff will continue to be represented by all other counsel who have entered appearances on its behalf.

Dated: June 16, 2026

Respectfully submitted,

*/s/ Jessica Jensen*
Jessica Jensen
D.C. Bar No. 1048305
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
jessica.jensen@americanoversight.org